UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 16, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | GRAND JURY ORIGINAL |
| DARNELL SAVOY, <br><br> Defendant. | VIOLATIONS: <br> 18 U.S.C. § 922(n) <br> (Unlawful Possession of a Firearm by an Individual Under Felony Indictment) <br> 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) <br> (Unlawful Possession with Intent to Distribute Fentanyl) <br> 18 U.S.C. § 924(c)(1) <br> (Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense) <br><br> FORFEITURE: <br> 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 21, 2022, within the District of Columbia, **DARNELL SAVOY**, who was under indictment for a crime punishable by imprisonment for a term exceeding one year, that is, Superior Court for the District of Columbia, Criminal Case No. 2019-CF1-003259, did unlawfully, knowingly, and willfully receive and possess a firearm, that is, a Glock 30, semi-

automatic handgun, bearing serial number BVEG130, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm by an Individual Under Felony Indictment,** in violation of Title 18, United States Code, Section 922(n))

## COUNT TWO

On or about October 21, 2022, within the District of Columbia, **DARNELL SAVOY**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Fentanyl,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about October 21, 2022, within the District of Columbia, **DARNELL SAVOY**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count Two of this Indictment which is incorporated herein, a firearm, that is, a Glock 30, semi-automatic handgun, bearing serial number BVEG130.

**(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense,** in violation of Title 18, United States Code, Section 924(c)(1))

## FORFEITURE ALLEGATION

1.     Upon conviction of the offenses alleged in Counts One through Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to: a Glock 30, semi-automatic handgun, bearing serial number BVEG130.

2.     If any of the property described above as being subject to forfeiture, as a result of

any act or omission of the defendant:

- (a) cannot be located upon the exercise of due diligence;
- (b) has been transferred or sold to, or deposited with, a third party;
- (c) has been placed beyond the jurisdiction of the Court;
- (d) has been substantially diminished in value; or
- (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /DTH*
Attorney of the United States in
and for the District of Columbia.